Steven L. Taggart, ISB No. 8551
**OLSEN TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@olsentaggart.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SURFER'S PARADISE TWO, LLC,<br><br>Debtor. | Case No. 24-00313 -BPH<br><br>Chapter 11 |

**APPLICATION TO APPROVE EMPLOYMENT OF STEVEN L. TAGGART OF OLSEN TAGGART PLLC AS COUNSEL FOR DEBTOR AND NOTICE AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

> **NOTICE OF APPLICATION TO APPROVE EMPLOYMENT AND OPPORTUNITY TO OBJECT AND FOR A HEARING**
>
> <u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW SURFER'S PARADISE TWO, LLC, ("Debtor"), by and through counsel, and move the for the approval of the proposed employment of Steven L. Taggart and the firm of

Olsen Taggart PLLC as their attorney for the following reasons:

1. The Debtor filed a Petition under Chapter 11, on May 28, 2024, Dkt. No. 1.

2. Debtor wishes to employ Mr. Steven L. Taggart of Olsen Taggart PLLC as its principal attorney.

3. Debtor has selected Mr. Taggart in that he has considerable experience in bankruptcy matters and is well qualified to represent the Debtor.

4. The professional services that Mr. Taggart and Olsen Taggart PLLC are to render are:

    a. To give Debtor legal advice with respect to its powers and duties under Chapter 11;

    b. To assist the Debtor in preparing and confirming a Chapter 11 Plan;

    c. To prepare on behalf of Debtor all necessary applications, answers, orders, reports, and any other legal papers required by the Court and/or necessary for successful completion of the Chapter 11 case;

    d. To perform all other necessary legal services on behalf of Debtor.

5. It is necessary for Debtor to employ an attorney for such professional services.

6. Olsen Taggart PLLC has not previously represented Debtor for any matter except for this bankruptcy.

7. To the best of Debtor's and counsel's knowledge Olsen Taggart PLLC has no connection with the creditors or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, except Olsen Taggart PLLC does represent debtors and creditors in various bankruptcy cases and other matters in this District. However, such legal services are unrelated to

representation in this matter and Olsen Taggart PLLC shall not represent any other interested parties in connection with any matters related to this case.

8. Olsen Taggart PLLC represents no interest adverse to Debtor or the estate in the matters upon which it is to be engaged for Debtor and its employment would be in the best interest of the estate.

9. Because of the legal services required your applicant desires to employ Olsen Taggart PLLC, under a general retainer at the standard hourly rate of $275 per hour for the services of Steven L. Taggart plus costs. Other attorneys or staff in the office of Olsen Taggart PLLC may be utilized on an as needed basis. A copy of the written retainer agreement is attached to this Application and incorporated by reference as Exhibit "A."

10. As of the filing of the bankruptcy, a retainer of $17,990.00 is being held by Olsen Taggart PLLC.

WHEREFORE, your Applicant prays that their employment of Steven L. Taggart of Olsen Taggart PLLC under general retainer to represent the Debtor in this proceeding under Chapter 11 of said code be approved.

DATED:   June 3, 2024

_____
Manager
SURFER'S PARADISE TWO, LLC



PO BOX 3005 | IDAHO FALLS, ID 83403
1449 E 17TH ST, SUITE A | IDAHO FALLS, ID 83404
TEL: 208-552-6442 | FAX: 208-524-6095

## *NEW MATTER REPORT - BANKRUPTCY*

### Client Information

| Date: | May 22, 2024 |
|---|---|
| Client Name(s): | Surfer's Paradise Two, LLC |
| Street Address: | 300 E. 35th St. |
| City/State/Zip: | Garden City, ID 83714-6515 |
| Mailing address if diff: | |
| Email Address(es): | todd@vertical-corp.com |
| Telephone (Home): | |
| Telephone (Work): | 208-559-7784 |
| Telephone (Cell): | |
| Preferred method of Contact: | |
| Invoices to be sent by: | Mail or (Email?) (Please circle)  *cc: Accounting@vertical-corp.com* |
| Type of Bankruptcy: | Possible Ch. 11 |
| Lead Attorney: | Steven L. Taggart |

### Notice

### Olsen Taggart, PLLC is primarily a paperless law office.

There are many benefits to paperless office, including increased ease of authorized file access and reduced legal costs.

We keep only those original documents required by law or by court rule; otherwise, we do NOT keep physical original documents. Once an original document is scanned, if it was yours we will return it to you. If it is not an original or it did not come from you, it will be shredded.

If requested, our office will provide to you a complete digital copy of your file at the conclusion of our representation. Also, during our representation, if you desire digital copies of your file please contact our office. Further, our office will periodically provide digital copies of certain agreements and pleadings. It is our preferred practice to provide those to you by email. At any time, if you want other copies, just ask. We are very pleased to provide it.

In addition to our office hard drives, we maintain multiple on-site and off-site backups to protect against inadvertent document modification or destruction. Also, we maintain all client files on a cloud-based storage system, Dropbox. Further, we maintain all client files on an encrypted Internet-based backup, Backblaze and IDrive. Certain attorneys also maintain a limited number of office notes and attachments on Evernote. Your file is protected with appropriate security measures, including file encryption, password-protected access, routers, firewalls, and anti-virus software. Please ask us any questions about our paperless office and practices, including any confidentiality concerns that you may have. We have confidence in our office policies and procedures, and we want you to have confidence too.

EXHIBIT A

# RETENTION AGREEMENT

1. <u>Client: Scope of Representation</u>.

<u>Surfer's Paradise Two, LLC</u> is (are) our Client(s) (hereafter "Client") in this matter. We are being engaged to advise and represent the Client in connection with the above-captioned matter and provide related Legal Service/Work and Costs. The Client may limit or expand the scope of our representation from time to time, provided that we must agree to any substantial expansion. Any additional services performed by us will be governed by this agreement, unless we agree in writing on different terms for such services.

Definition of Legal Service/Work and Costs: For the purposes of this agreement, legal services/work shall include office conferences, telephone conferences, drafting of pleadings, documents and letters, legal research, memoranda, briefs, negotiations, reviewing documents, travel time, preparation for hearings and attendance at hearings. Costs shall consist of filing fees, service of process fees, long distance telephone charges, postage, copying, appraisals, deposition fees, witness fees, exhibit preparation, and all other necessary costs.

2. <u>Fees and Expenses</u>.

Our fees will be based on the billing rate for each attorney and staff member devoting time to this matter. Attached to this agreement is the list of attorneys and staff and their respective rates. Our fees are billed in minimum increments of one tenth of one hour. Attorneys and staff members other than the attorney you originally met with may also devote time to this matter, and their respective rates will apply. As part of the Firm's ordinary business practices, hourly rates are periodically reviewed and revised. By signing below, you agree to pay for services rendered at the billing rates in effect at the time service is rendered.

We may include in our statements separate charges for disbursements such as conference calls, photocopying, mileage, court costs, postage, etc. Photocopying and document imaging are billed at $.20 per page (black and white) and at $.25 per page (color). Computerized research and telephone charges are billed at standard vendor rates, as actually incurred in connection with this matter on behalf of Client. Fees and expenses of other professionals generally will not be paid by the Firm but will be billed directly to the Client.

Statements will normally be rendered monthly for work performed and expenses incurred during the previous month. If any statement remains unpaid for more than 14 days, we reserve the right to withdraw from this representation.

*Retainer*. Our retention in connection with this matter is contingent upon our receipt of a retainer deposit in the amount of **$20,000.00** to be applied towards any work performed by us including any out-of-pocket expenses; plus **$1,738.00** for the filing fee. Additional expenses and services performed over and above the initial retainer, if any, will be billed to the Client and such sums are to be paid on a monthly basis.

*Credit Card Payment. Client acknowledges that the firm is not allowed to accept a credit card payment for attorney's fees from a debtor/bankruptcy client who intends to list such payment of fees on a credit card as a debt in a bankruptcy proceeding.*

New Matter Report and Retainer Agreement – Page 2

EXHIBIT A

Dismissal, Substitution or Withdrawal of the Firm: In the event this case is dismissed, or the Firm is substituted or withdraws, Client agrees to pay the Firm all monies due for legal services performed by it and for all costs incurred in this case, pursuant to the terms of this agreement, as of the date this case is dismissed, or the Firm is substituted or withdraws.

The Firm's Lien: The Firm shall have a lien on all monies or property received in settlement of this case, or recovered by judgment, decree, execution, garnishment, or by any other proceeding whatsoever.

3. Terms of Engagement.

Either the Firm or Client may terminate this engagement at any time for any reason by written notice, subject on our part to applicable rules of professional conduct. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect Client's interest in any pending matter for which we are the counsel of record. If a court in any such litigation requires permission for withdrawal, we will promptly apply for such permission, and the Client agrees to engage successor counsel.

The Client is engaging the Firm to provide legal services in connection with a specific matter. After completion of this matter, changes may occur in the applicable laws or regulations that could have an impact upon the Client's future rights and liabilities. Unless Client engages us after completion of this matter to provide additional advice on issues arising there from, the Firm has no continuing obligation to advise Client with respect to future legal developments.

As a general matter, the Firm represents many other companies and individuals—more specifically, the Firm is involved in a myriad of bankruptcy matters on behalf of trustees, creditors and debtors.

4. Client Responsibilities.

The Client agrees to cooperate fully with us and to disclose and provide all relevant or potentially relevant information known or available to Client that is relevant to our representation. The Client further agrees to pay our statement for services and expenses in accordance with section 2 above.

5. Disposition of Files.

As part of our administrative operations, we periodically review client files after the completion of matters in order to determine whether they should be destroyed. We will make reasonable efforts to notify the Client in writing at least 30 days before the destruction of any of Client's files. The Client will then have the option to take possession of the files. It will be Client's obligation to maintain a current address with us in order to communicate with the Client concerning such matters.

6. Use of E-mail.

Due to its inherent nature, E-mail may be vulnerable to interception by unauthorized parties during transmission. We cannot guarantee the confidentiality of any information sent by E-mail or that it will be considered "attorney-client" privileged. If you do not wish us to communicate by E-mail on your matters, please notify us at your earliest convenience. In the absence of such notification, your consent will be assumed and we will not take any additional security measures,

New Matter Report and Retainer Agreement – Page 3

EXHIBIT A

including but not limited to encryption. Although we subscribe to and use virus protection software we believe to be reliable, we cannot warrant that any E-mails or attachments are free from any virus. We recommend that you independently take steps to ensure they are actually virus-free.

7. <u>Services Not Covered</u>.

This agreement shall not apply to appeals, or to any other legal proceedings or services outside the Bankruptcy Court. In the event such proceedings or services are sought, the parties may enter into a new agreement concerning the attorney's fees and costs attendant to such additional proceedings or services.

An <u>Adversary Proceeding</u> is different from the main bankruptcy case and is also not covered under this retainer agreement. The main bankruptcy case involves a debtor and the creditors of that debtor, and the main bankruptcy case has its own separate electronic docket and case number. An "Adversary Proceeding" in bankruptcy court has the same meaning as a lawsuit in other courts. This means that one or more "Plaintiff(s)" (creditors or other parties such as the case trustee or US Trustee) file a "complaint" against one more "defendant(s)." In many situations an adversary proceeding is required if a plaintiff wants to obtain a particular type of relief, such as the denial of discharge for a particular debt.

When and adversary proceeding is commenced, the clerk's office starts a separate electronic docket to record all activity in the adversary proceeding. It is a separate case and the Firm will not automatically represent you. If the Firm receives information or documents related to an adversary, you will be immediately notified; however, the Firm will not accept service of any summons and will not make an appearance in the case. An adversary is considered a separate proceeding and a separate retainer and retention agreement may be required if the Firm agrees to represent you in the adversary case. The Firm may refer you to another firm or you are free to hire another firm to represent you in an adversary case.

Date:  5-22-24

_____
Todd A. Weltner, Manager of
Surfer's Paradise Two, LLC

New Matter Report and Retainer Agreement – Page 4

EXHIBIT A

# OLSEN TAGGART PLLC

## Attorney and Staff Billing Rates

| Attorney/Staff | Rates per Hour |
|---|---|
| Nathan M. Olsen, Esq. | $275.00 |
| Steven L. Taggart, Esq. | $275.00 |
| John C. Callister, Esq. | $275.00 |
| Jedd K. Jones, Esq. | $275.00 |
| Skyler C. Johns, Esq. | $225.00 |
| Adam N. Olsen, Esq. | $200.00 |
| Staff | $110.00 |

EXHIBIT A

VERIFIED STATEMENT OF PROSPECTIVE ATTORNEY
[FRBP Rule 2014(a)]

STATE OF IDAHO )
::SS
County of Bonneville )

1. The Debtor has expressed a desire to employ Olsen Taggart PLLC, attorneys duly admitted to practice in this Court, to assist in the ongoing administration of the case and such matters of like nature which may arise in the course of the above-captioned bankruptcy case.

2. It is necessary for the Debtor to employ attorneys for such professional services inasmuch as the Debtors are without legal experience in such matters. My currently hourly rate is $275.00 plus costs. This rate, however, is subject to being increased or decreased from time to time as a result of changed economic conditions and/or modifications in billing rates and procedures applicable to all my clients, bankruptcy and non-bankruptcy clients alike, as well as unique circumstances to this particular case. Actual fees and expenses are subject to Court's approval.

3. To the best of my knowledge, neither your affiant nor the firm have had any previous connection with the Debtor before the bankruptcy and has no connection with the creditors or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, except as disclosed in the Application.

4. I, and my firm acknowledge, that we may not assert a secured lien in this case, despite the language of the last paragraph of Section 2 of our attached Retention Agreement.

5. Further this affiant sayeth not.

DATED: June 10, 2024

_____
STEVEN L. TAGGART, ESQ.

SUBSCRIBED AND SWORN TO before me this 10th day of June 2024.

_____
NOTARY PUBLIC
Residing at: Idaho Falls, Idaho
Expires: 02/25/2025

ROSALIE J. PARSON
COMMISSION NO. 61165
NOTARY PUBLIC
STATE OF IDAHO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2024, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Steven L Taggart on behalf of Surfer's Paradise Two, LLC
staggart@olsentaggart.com,
rparson@olsentaggart.com;Taggartoffice01@gmail.com;rlyon@olsentaggart.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov
And as otherwise noted on the Court's Notice of Electronic Filing.

I HEREBY CERTIFY FURTHER that on June 10, 2024, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail, including the 20 largest unsecured creditors:

| | |
|---|---|
| Ada County Treasurer<br>PO Box 2868<br>Boise, ID 83701 | Adam Elias<br>c/o Elias Construction<br>PO Box 6272<br>Ketchum, ID 83340 |
| Vertical Corp.<br>300 E. 35th St.<br>Garden City, ID 83714 | Trout Law<br>3778 N. Plantation River Dr. #101<br>Boise, ID 83703 |

DATED:    June 10, 2024

/s/ Reena Lyon
Reena Lyon
Legal Assistant